1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ARSENIO LAMONTE COLLINS,              NO. SACV 14-0704 PSG (SS)

12                 Petitioner,

13         v.                              **JUDGMENT**

14   J. SOTO, Warden,

15                 Respondent.

16

17         Pursuant   to   the   Court's   Order   Accepting   Findings,

18   Conclusions  and  Recommendations  of  United  States  Magistrate

19   Judge,

20

21         IT  IS  HEREBY  ADJUDGED  that  the  above-captioned  action  is

22   dismissed with prejudice.

23

24   DATED:   3/18/15          _____

25                            PHILIP S. GUTIERREZ
                              UNITED STATES DISTRICT JUDGE
26

27

28